```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DONNA INGRAM, et al., | CIVIL ACTION NO. 07-3038 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| UNITED STATES OF AMERICA, et al., |  |
| Defendants. |  |

**THE PLAINTIFFS** bringing this action alleging a violation of the Eighth Amendment as to the incarcerated plaintiff, James Ingram (dkt. entry no. 1); and the defendants, by letter dated September 10, 2007 ("September 2007 Letter") (1) advising the plaintiffs' counsel that James Ingram "was released . . . from . . . custody . . . and the case brought by him is now moot", and (2) requesting that the plaintiffs execute a stipulation of dismissal (9-10-07 Donnelly Letter); and the defendants submitting to Chambers, but not electronically filing, a copy of the September 2007 Letter; and the defendants, as the plaintiffs apparently did not respond to the September 2007 Letter, now moving to dismiss the complaint as moot (dkt. entry no. 4); and the Court receiving no opposition to the motion; and

**THE COURT** thus intending to (1) decide the motion without oral argument, see Fed.R.Civ.P. 78, (2) grant the motion, (3) dismiss the complaint, and (4) close the action; and for good

cause appearing, the Court will issue an appropriate order and judgment.

                                                                                                   s/ Mary L. Cooper
                                                                     **MARY L. COOPER**
                                                                     United States District Judge

**Dated:** October 25, 2007